> **Motion GRANTED.** The initial case management conference is reset for 6/12/2023 at 3:30 p.m.
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KELLY JONES and JASON JONES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 3:23-CV-00184<br>) JUDGE TRAUGER<br>) |
| UNITED STATES OF AMERICA, METROPOLITAN NASHVILLE AIRPORT AUTHORITY and WILLIAM GREEN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The Plaintiffs, Jason and Kelly Jones, by and through undersigned counsel, moves the Court to continue the Initial Case Management Conference [ICMC] currently scheduled for May 22, 2023 [Doc. 26]. The Plaintiffs state that their undersigned counsel has a long-planned family vacation set during the week that the case management conference is set. Plaintiffs request that the Court reschedule the ICMC for a date after May 29, 2023. The undersigned counsel contacted counsel for all Defendants regarding this motion and represents that there is no opposition.

                */s/ William B. Jakes, III*
                **WILLIAM B. JAKES, III, #10247**
                **HOWELL & FISHER, PLLC**
                3310 West End Avenue, Suite 550
                Nashville, TN 37203-1089
                (615) 921-5208
                bjakes@howell-fisher.com
                *Attorney for Plaintiffs*