IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KELLY JONES and JASON JONES, | ) ) ) |
| Plaintiffs, | ) Case No. 3:23-cv-00184 ) ) Judge Trauger |
| v. | ) ) |
| UNITED STATES OF AMERICA, METROPOLITAN NASHVILLE AIRPORT AUTHORITY, and WILLIAM GREEN, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims against the Metropolitan Nashville Airport Authority with prejudice. Additionally, the parties agree that the previous dismissal of Officer William Green without prejudice (Doc. No. 35) shall be converted to a dismissal with prejudice.

Respectfully submitted this 8th day of January, 2024.

                                            s/ William B. Jakes III
                                            William B. Jakes III (#10247)
                                            Howell & Fisher, PLLC
                                            3310 West End Ave., Suite 550
                                            Nashville, TN 37203
                                            (615) 921-5208
                                            bjakes@howell-fisher.com

                                            *Counsel for Kelly and Jason Jones*

_____
Kevin C. Klein (#23301)
Matthew JP Horton II (#38724)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com
jp.horton@kleinpllc.com

*Counsel for Metropolitan Nashville Airport Authority*


**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing **Stipulation of Dismissal with Prejudice** has been served via the Court's CM/ECF filing system on this 8th day of January, 2024, which forwarded a copy to:

Kevin C. Klein
Matthew JP Horton II
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
kevin.klein@kleinpllc.com
jp.horton@kleinpllc.com

J. Matthew Blackburn
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
matt.blackburn@usdoj.gov


    s/ William B. Jakes III

2